UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-09730-FLA-PD                                    Date:  June 25, 2025

Title    _Corey Matthew Crawley v. Leanna Lundy_


Present: The Honorable:       Patricia Donahue, U.S. Magistrate Judge


| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**       Order to Show Cause Re: Dismissal


    Plaintiff Corey Matthew Crawley ("Plaintiff"), who is proceeding pro se and is currently incarcerated at Mule Creek State Prison ("MCSP"), filed a Complaint pursuant to 42 U.S.C. § 1983.  [Dkt. No. 1.]  Plaintiff alleges that he was subjected to unsanitary conditions while he was confined at California State Prison, Los Angeles County ("CSP-LAC") in Lancaster, CA.  [_Id_. at 2-3, 5-6.]  He names Warden Leanna Lundy as a Defendant ("Defendant") and sues her in her official capacity.  [_Id_. at 3.]  He seeks monetary damages in the amount of $300,000.00.  [_Id_. at 6.]

    On April 30, 2025, the Court screened the Complaint pursuant to 28 U.S.C. § 1915A(a)-(b)(1) and dismissed it for: (1) failing to adhere to Rule 8 of the Federal Rules of Civil Procedure; (2) failing to allege sufficient facts implicating Warden Lundy for personally violating Plaintiff's civil rights under the Eighth Amendment or showing that Warden Lundy had actual knowledge of, and acquiesced in, any constitutional deprivations by her subordinates;  and (3) failing to state a cognizable claim under California Code of Regulation, Title 15, § 3060.  [Dkt. No. 10.]  The Order granted Plaintiff leave to file a first amended complaint ("FAC") by May 29, 2025. [_Id_.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-09730-FLA-PD                             Date:  June 25, 2025

Title       *Corey Matthew Crawley v. Leanna Lundy*

      The deadline for filing a FAC has passed, and Plaintiff has neither filed his FAC nor communicated with the Court about his case since November 4, 2024.

      Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's April 30, 2025 Order.

      In the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before July 23, 2025**, why the Court should not recommend that this action be dismissed for failure to prosecute.

      Plaintiff may discharge this Order by filing:

      (1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's April 30, 2025 Order; or

      (2) a first amended complaint.

      Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

      Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-09730-FLA-PD                                           Date:  June 25, 2025

Title      _Corey Matthew Crawley v. Leanna Lundy_

IT IS SO ORDERED.

Attachments:
--Central District of California Civil Rights Complaint Form (CV-66)
-- Notice of Voluntary Dismissal (CV-09)